**ORIGINAL**

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Christopher A. Carr  (#44444)  ccar@afrct.com<br>ANGLIN, FLEWELLING, RASMUSSEN,<br>　　CAMPBELL & TRYTTEN LLP<br>199 S. Los Robles Avenue, Suite 600<br>Pasadena, California 91101<br>Tel: (626) 535-1900    Fax: (626) 577-7764<br><br>ATTORNEYS FOR: World Savings Bank, FSB; Golden West Savings Association Service Co. |  |

## UNITED STATES DISTRICT COURT
### SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Capdevielle, an individual; Alejandro Capdevielle, an alleged entity; Damaris Capdevielle, an individual; Damaris Capdevielle, an alleged entity, Plaintiff(s),<br>v.<br>Golden West Savings Association Service Co., a California corporation; World Savings, Inc., a California corporation,　　　　Defendant(s) | CASE NUMBER<br><br>'08 CV 0754 LAB JMA<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:　THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants World Savings Bank, FSB, and Golden West Savings Association Service (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| World Savings Bank, FSB, renamed and now known as Wachovia Mortgage, FSB, sued as World Savings, Inc. | Defendant |
| Golden West Savings Association Service Co. | Defendant |
| Wachovia Corporation, a corporation | Parent Corporation |

| 4/22/08 | _(signature)_ |
|---|---|
| Date | Sign |

CHRISTOPHER A. CARR, ESQ.
Attorney of record for or party appearing in pro per

---

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)