Mark T. Flewelling (#96465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459
(626) 535-1900
(626) 577-7764 (Facsimile)

Attorneys for Defendants WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, sued as WORLD SAVINGS, INC. and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CAPDEVIELLE, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., etc., et al., <br><br> Defendants. | 08-CV-0754-LAB <br><br> NOTICE OF MOTION OF WORLD SAVINGS BANK, FSB and GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY TO DISMISS COMPLAINT <br> FRCP Rule 12(b)(6) <br><br> Hearing Date: July 7, 2008 <br> Time: 11:15 a.m. <br> Place: Courtroom 9 |

TO PLAINTIFFS *PRO SE*:

PLEASE TAKE NOTICE that on July 7, 2008 at 11:15 a.m. in Courtroom 9 of the above-entitled court located at 940 Front Street, San Diego, California 92101, the Honorable Larry Alan Burns presiding, defendants Golden West Savings Association Service Co. and World Savings Bank, F.S.B., sued as World Savings, succeeded by and now known as Wachovia Mortgage F.S.B., will, and hereby do, move pursuant to FRCP 12(b)(6) for an order dismissing the complaint

1  or, in the alternative, pursuant to FRCP 12(e), for an order requiring a more definite statement.

2  Grounds for the motion are that plaintiffs fail to state any claim for which relief can be granted. The complaint is incomprehensible and states no basis for relief.

3  The motion is based on this notice, the accompanying memorandum of points and authorities, the complaint, and on these defendants' argument at the hearing.

Respectfully submitted,

Dated: May 5, 2008

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Christopher A. Carr
ccarr@afrct.com
Attorneys for Defendant WORLD SAVINGS BANK, FSB and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.