Mark T. Flewelling (#96465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101-2459
(626) 535-1900
(626) 577-7764 (Facsimile)

Attorneys for Defendants WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, sued as WORLD SAVINGS, INC. and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CAPDEVIELLE, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., etc., et al., <br><br> Defendants. | 08-CV-0754-LAB <br><br> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF WORLD SAVINGS BANK, FSB and GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY TO DISMISS COMPLAINT <br> FRCP Rule 12(b)(6) <br><br> Hearing Date: July 7, 2008 <br> Time: 11:15 a.m. <br> Place: Courtroom 9 |

TO THE COURT AND TO PLAINTIFFS *PRO SE*:

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, defendant World Savings Bank, FSB ("World") requests the court to take judicial notice of the attached two documents submitted in support of the Motion to Dismiss filed by World and Golden West Savings Association Service Co. The ground for the request is that it they are official records of an administrative agency of the United States. The authenticity of both documents is capable of accurate and ready

determination by resort to sources whose accuracy can not reasonably be questioned.

    1.     Certificate of Corporate Existence dated April 21, 2006 on the letterhead of Office of Thrift Supervision, Department of the Treasury; a copy of said certificate is attached hereto as Exhibit 1.

    2.     Letter dated November 19, 2007 on the letterhead of Office of Thrift Supervision, Department of the Treasury; a copy of said certificate is attached hereto as Exhibit 2.

Dated: May 5, 2008

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____
Christopher A. Carr
ccarr@afrct.com
Attorneys for Defendant WORLD SAVINGS BANK, FSB and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.

# EXHIBIT 1

**Exhibit 1**
**Page 1**



Office of Thrift Supervision
Department of the Treasury

1700 G Street, N.W., Washington, D.C. 20552 • (202) 906-6000

April 21, 2006

### CERTIFICATE OF CORPORATE EXISTENCE

**REFERENCE:** World Savings Bank, FSB
Oakland, California

I, Nadine Y. Washington, Corporate Secretary, Office of Thrift Supervision, hereby certify, according to the records of the Office of Thrift Supervision, Department of the Treasury, Washington, DC:

1. World Savings Bank, FSB, Oakland, California, was chartered under the laws of the United States to transact the business of a Federal savings bank;

2. The charter of World Savings Bank, FSB, Oakland, California, is in full force and effect;

3. The Office of Thrift Supervision has not appointed a conservator or receiver for World Savings Bank, FSB, Oakland, California; and

4. As of April 21, 2006, World Savings Bank, FSB, Oakland, California, is operating as a BIF-insured financial institution.

Nadine Y. Washington
Corporate Secretary

Exhibit 1
Page 2

EXHIBIT 2

**Exhibit 2
Page 3**



Office of Thrift Supervision
Department of the Treasury

Nicholas J. Dyer
Assistant Regional Director

Pacific Plaza, 2001 Junipero Serra Boulevard, Suite 650, Daly City, CA 94014-1976
P.O. Box 7165, San Francisco, CA 94120-7165 • Telephone: (650) 746-7025 • Fax: (650) 746-7001

November 19, 2007

John A. Stoker, Esq.
Vice President and Assistant General Counsel
Wachovia Corporation
Legal Division – NC0630
One Wachovia Center
301 South Charlotte Street
Charlotte, NC 28288

Re: World Savings Bank, FSB, Oakland, California
Notice of Amendment of Charter and Bylaws

Dear Mr. Stoker:

This is in response to your letter, dated November 8, 2007, with enclosures, which you filed with the Office of Thrift Supervision (OTS) on behalf of World Savings Bank, FSB to amend the savings bank's charter and bylaws to change its name to Wachovia Mortgage, FSB and reflect a change in the location of its home office. The new home office address is 6825 Aliante Parkway, North Las Vegas, Nevada.

The institution met the requirements of 12 C.F.R. §§ 552.4(b) and 552.5(b)(2), and the proposed amendments will be effective December 31, 2007, as set forth in the Board of Directors' resolution adopting the changes to the charter and bylaws. The filing also met the requirement of 12 C.F.R. § 545.91(b) that the savings bank notify the OTS if there is a change in the permanent address of its home office.

Please feel free to contact me at (650) 746-7025 if there are any questions.

Sincerely,

Nicholas J. Dyer
Assistant Regional Director

cc: Robert Burns, FDIC - Atlanta

**Exhibit 2**
**Page 4**