1  Mark T. Flewelling (#96465)
   mflewelling@afrct.com
2  Christopher A. Carr (#44444)
   ccarr@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN
     CAMPBELL & TRYTTEN, LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, CA 91101-2459
5  (626) 535-1900
   (626) 577-7764 (Facsimile)
6
   Attorneys for Defendants WORLD SAVINGS
7  BANK, FSB, renamed and now known as
   WACHOVIA MORTGAGE, FSB, sued as
8  WORLD SAVINGS, INC. and GOLDEN WEST
   SAVINGS ASSOCIATION SERVICE CO.
9

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CAPDEVIELLE, etc., et al., | 08-CV-0754-LAB |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., etc., et al., | |
| Defendants. | |

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, CA 91101.

On May 5, 2008, I served the following documents described as:

1. Notice of Motion of World Savings Bank, FSB and Golden West Savings Association Service Company to dismiss Complaint;

2. Memorandum of Points and Authorities in Support of Motion of World Savings Bank, FSB and Golden West Savings Association Service Company to Dismiss Complaint

3. Request for Judicial Notice in support of Motion of World Savings Bank, FSB and Golden West Savings Association Service Company to Dismiss Complaint

on the interested parties in this action by placing __ the original _X_ true and correct copies enclosed in a sealed envelope addressed as follows:

Alejandro and Damaris Capdevielle
3234 Stockman Street
National City, CA  91950
(619) 274-2376

*Plaintiffs In Pro Per*

[X]  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
[  ]  BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.
[  ]  (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.
[  ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[X]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on May 5, 2008, at Pasadena, California.

_____          _____
        Jill Ashley                        (Signature of Declarant)
   (Print of Type Name)

PROOF OF SERVICE