**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED

JUN 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ~~~~ *Clerk's Office File Stamp* DEPUTY

TO:   ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   ~~Huff~~ Burns

FROM:  K. Hammerly,   Deputy Clerk       RECEIVED DATE:   6/24/2008

CASE NO.:  08cv754           DOCUMENT FILED BY:   Plaintiff Capdevielle

CASE TITLE:  Capdevielle v. Golden West Savings Assoc., et al

DOCUMENT ENTITLED:  Plaintffs' Request and Affidavit of Default

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:Caption unclear as to which party is being defaulted; Proof of Service is blank |

Date forwarded:   6/24/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:    *Construed as Opposition to Defendants'*

☒  The document is to be filed nunc pro tunc to date received. *Motion To Dismiss*

☐  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☒

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
~~U.S. DISTRICT JUDGE~~

Dated: 6/26/08
cc: All Parties

By *[signature]* Law Clerk